UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00134-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK JAMES MURRAY,

    Defendant.

## ORDER

This matter is before the Court following a conference call with counsel. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, November 5, 2012,** and responses to these motions shall be filed by **Monday, November 19, 2012.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 3, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: October 11, 2012.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL
                            CHIEF U. S. DISTRICT JUDGE