UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00134-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK JAMES MURRAY,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

THIS MATTER is before the court on the "Motion to Disclose Grand Jury Material" filed by the Government. Upon consideration of the motion, it is hereby

ORDERED that Government's Motion to Disclose Grand Jury Material [ECF Doc. No. 51], filed September 13, 2013, is **GRANTED.** It is further

ORDERED that the United States Attorney's Office may disclose to the defense the transcripts of testimony before the Grand Jury in the above captioned case. The defense attorney is to maintain control over the material, keeping it in his confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. '3500 or Federal Rules of Criminal Procedure 26.2 and 16. It is further

ORDERED that the Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

Dated: September 13, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE